**2013–0309.   Disciplinary Counsel v. Raines.**
On Certification of Default. David Alan Raines, Attorney Registration No. 0046831, is indefinitely suspended from the practice of law.

**2013–1622.   Disciplinary Counsel v. Hale.**
On October 14, 2013, the Board of Commissioners on Grievances and Discipline filed a final report in the office of the clerk of this court pursuant to BCGD Proc.Reg. 11(D), in which the board accepted the agreement entered into by relator, disciplinary counsel, and respondent, Harland Hanna Hale. The agreement set forth the misconduct and the agreed recommended sanction of a six-month suspension from the practice of law. The board recommended that the agreement be accepted. The court, sua sponte, issued an order waiving the issuance of a show-cause order, and this matter was submitted to the court on the report and record filed by the board.

It is hereby ordered by the court, sua sponte, that the recommended sanction is rejected. It is further ordered that pursuant to Gov.Bar R. V(8)(D), this cause is remanded to the Board of Commissioners on Grievances and Discipline for further proceedings, including consideration of a more severe sanction. Proceedings before this court in this case are stayed until further order of this court. Costs to abide final determination of the case.

# CASE ANNOUNCEMENTS

## *November 18, 2013*

[Cite as *11/18/2013 Case Announcements*, 2013-Ohio-5063.]

# DISCIPLINARY CASES

**2012–1653.   In re Judicial Campaign Complaint Against O'Toole.**
This cause is before the court upon the filing of a notice of appeal by respondent, Colleen Mary O'Toole, from the order of the commission of five judges appointed by the court. It is ordered by the court, sua sponte, that this cause will come before the court for oral argument. The oral argument will be scheduled at a later date. It is further ordered that no additional briefing will be permitted.

**2013–1635.   Disciplinary Counsel v. Calaway.**
On Certification of Default. Scott Monroe Calaway, Attorney Registration No. 0068350, is suspended from the practice of law for an interim period.